AUGUST 20, 2003

No. 03A143 (03–258). IN RE MOORE. D. C. M. D. Ala. Application to recall mandate and to stay enforcement of final judgment, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

AUGUST 21, 2003

No. 03–5943 (03A142). JONES *v.* NORTH CAROLINA. Sup. Ct. N. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

AUGUST 25, 2003

No. 02–682. VERIZON COMMUNICATIONS INC. *v.* LAW OFFICES OF CURTIS V. TRINKO, LLP. C. A. 2d Cir. [Certiorari granted, 538 U. S. 905.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–809. MARYLAND *v.* PRINGLE. Ct. App. Md. [Certiorari granted, 538 U. S. 921.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.